**Order entered October 3, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00452-CR

**RODRICK BERNARD SPENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F14-00153-K**

## ORDER

The reporter's record, requested on April 15, 2019, was due August 10, 2019. When it was not filed, we notified court reporter Charon Evans by postcard dated August 14, 2019 and directed her to file the reporter's record by September 13, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Evans.

We **ORDER** the complete reporter's record filed **BY OCTOBER 25, 2019**. We caution Ms. Evans that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Charon Evans, official court reporter, Criminal District Court No. 4; and to counsel for all parties.

/s/  ROBERT D. BURNS, III
   CHIEF JUSTICE